JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XILIN CHEN, | No.   CV 19-8257 PA |
|      Petitioner-Defendant, | CR 14-499 PA |
|    v. | JUDGMENT |
| UNITED STATES OF AMERICA, | |
|      Respondent-Plaintiff. | |

      Pursuant to the Court's November 16, 2021 Order denying the Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 filed by petitioner Xilin Chen ("Petitioner"),

      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Motion is denied and this action is dismissed with prejudice.

DATED: November 16, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE